UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20896-CR-LENARD

UNITED STATES OF AMERICA,
        Plaintiff,
vs

**QUARTAVIOUS DAVIS,**
**Jail #96427-004**
        Defendant.
_____/

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:    THE UNITED STATES MARSHAL,
        SOUTHERN DISTRICT OF FLORIDA, and

        WARDEN, Lee USP

It appearing that the defendant in the above case, **Quartavious Davis** and that this case is set for re-sentencing in Miami, Florida on **March 7, 2016** and that it is necessary for said defendant to be before this Court. NOW, THEREFORE, this is to command you, the United States Marshal for the Southern District of Florida, that you have the body of said **Quartavious Davis** now in custody as aforesaid, under safe and secure conduct, before the Judge on the 12th floor, 400 North Miami Avenue, Miami, Florida, by or before **March 7, 2016** on criminal charges pending against the defendant in this case, and upon conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden at **Lee USP** to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the **Quartavious Davis** for safe and secure conduct to this District for the purpose of aforesaid.

DONE AND ORDERED at the United States District Courthouse, in Miami, Florida this 27th day of January, 2016.

                                                          JOAN A. LENARD
                                                         UNITED STATES DISTRICT JUDGE

cc: U.S. Marshals Service